**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Estate of Essie B. Bryan, through her personal representative Marcus Kinloch, Appellant,

v.

Charleston County and C.A. Roberds, Respondents,

v.

C.A. Roberds, Respondent,

v.

Ernest Kinloch d/b/a Ernie's Restaurant, Third Party Defendant.

Appellate Case No. 2013-002108

―――――――――

Appeal From Charleston County
Mikell R. Scarborough, Master-in-Equity

―――――――――

Unpublished Opinion No. 2015-UP-396
Submitted July 1, 2015 – Filed August 12, 2015

―――――――――

**AFFIRMED**

―――――――――

Robert Lee Gailliard, of Robert L. Gailliard, Attorney at Law, of Charleston, for Appellant.

Joseph Dawson, III, Bernard E. Ferrara, Jr., Austin Adams Bruner, and Johanna Serrano Gardner, all of the Charleston County Attorney's Office, of North Charleston, for Respondent Charleston County; and Kerry W. Koon, of Charleston, for Respondent C.A. Roberds.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Savannah Bank, N.A. v. Stalliard*, 400 S.C. 246, 250, 734 S.E.2d 161, 163 (2012) ("When reviewing the grant of summary judgment, the appellate court applies the same standard applied by the [master-in-equity] pursuant to Rule 56(c), SCRCP.  Summary judgment is appropriate when there is no genuine issue of material fact such that the moving party must prevail as a matter of law." (internal quotation marks and citation omitted)); Rule 36(a), SCRCP (allowing a party to serve another party a written request for admission of any matter discoverable under Rule 26(b), SCRCP); *id.* ("The matter is admitted unless, within 30 days after service of the request, . . . the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter . . . ."); *Scott v. Greenville Hous. Auth.*, 353 S.C. 639, 645, 579 S.E.2d 151, 154 (Ct. App. 2003) ("[A]s currently verbalized in Rule 36, SCRCP, South Carolina has long had the discovery rule that failure to respond to requests for admissions renders any matter listed in the request conclusively admitted for trial."); S.C. Code Ann. § 12-51-40 (2014) (detailing the procedure for notifying a defaulting taxpayer that property will be sold to collect delinquent taxes); S.C. Code Ann. § 12-51-120 (2014) (detailing the procedure for notifying a defaulting taxpayer that the end of the redemption period is approaching).

**AFFIRMED.**[1]

**SHORT, LOCKEMY, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.